In the Matter of the Probate of the Will of JULIA D. DELANEY, Deceased.

JULIA QUINN, Individually and as Administratrix with the Will Annexed, Appellant; JULIA DOWNEY et al., Respondents.

*Matter of Delaney*, 138 App. Div. 409, affirmed.
(Argued October 7, 1909; decided October 26, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 11, 1909, which reversed a decree of the Kings County Surrogate's Court construing and admitting to probate the will of Julia D. Delaney, deceased.

*Henry E. Heistad* for appellant.

*Gilbert W. Minor, Clark A. Wick, Henry Herdling* and *William S. Butler* for respondents.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

In the Matter of JOSEPH A. SHAY, an Attorney, Appellant.

WILLIAM TRAVERS JEROME, District Attorney, Respondent.

*Matter of Shay*, 138 App. Div. 547, affirmed.
(Argued October 8, 1909; decided October 26, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered September 18, 1909, which suspended Joseph A. Shay from practice as an attorney for the term of one year.

*Louis Marshall* and *Howard S. Gans* for appellant.

*William Travers Jerome, District Attorney* (*Robert C. Taylor* of counsel), for respondent.

Order affirmed on opinion of INGRAHAM, J., below.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.